## I

UNITED STATES ex rel. Martine GINAL, Appellant, v. Benjamin M. DAY, Commissioner of Immigration, Port of New York, Appellee.

Circuit Court of Appeals, Second Circuit.
November 14, 1927.

No. 118.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from a decree dismissing a writ of habeas corpus to review an order of deportation.

Gaspare M. Cusumano, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Edward Feldman, Asst. U. S. Atty., of New York City., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Affirmed, on the authority of U. S. ex rel. David v. Tod, 289 F. 60 (C. C. A. 2); U. S. ex rel. Patton v. Tod, 297 F. 385 (C. C. A. 2); U. S. ex rel. Danikas v. Day, 20 F.(2d) 733, 736 (C. C. A. 2).

---

## 2

Harrison M. WARNER v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
June 9, 1927.

No. 4870.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

Roman F. Glocheski, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Order affirming verdict and remanding cause for new sentence.

---

## 3

Walker WELLFORD et al., Appellants, v. CHICOT COUNTY DRAINAGE DISTRICT et al.

Circuit Court of Appeals, Eighth Circuit.
December 5, 1927.

No. 7850.

Appeal from the District Court of the United States for the Eastern District of Arkansas.

R. E. Wiley, of Little Rock, Ark., for appellants.

G. B. Rose, D. H. Cantrell, J. F. Loughborough, A. W. Dobyns, and A. F. House, all of Little Rock, Ark., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.

---

## 4

Charles P. WHITBREAD, etc., et al., Plaintiffs in Error, v. ROYAL INDEMNITY CO.

Circuit Court of Appeals, Eighth Circuit.
October 31, 1927.

No. 8019.

In Error to the District Court of the United States for the Eastern District of Missouri.

William F. Fahey, of St. Louis, Mo., for plaintiffs in error.

Abbott, Fauntleroy, Cullen & Edwards, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of plaintiffs in error.

---

## 5

WINDOW GLASS MACHINE COMPANY and American Window Glass Company v. SANDUSKY GLASS MFG. & SUPPLY COMPANY.

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 4904.

Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Byrnes, Stebbins & Parmelee, of Pittsburgh, Pa., for appellants.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.